# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-1657

———————————————

S.Y., mother of T.B., and T.B.,
minor children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

———————————————

On appeal from the Circuit Court for Levy County.
Craig C. DeThomasis, Judge.

January 19, 2024

PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

BILBREY and KELSEY, JJ., concur; TANENBAUM, J., concurs in result only.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


S.Y., pro se, Appellant.

Andrew Feigenbaum, Children's Legal Service, West Palm Beach, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Stephanie E. Novenario, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.